# UNITED STATES BANKRUPTCY COURT
## Western District of New York
1220 U.S. Courthouse, 100 State Street
Rochester, New York 14614

In Re:
Cornerstone Properties, Inc.,

Chapter 11
Case No. 13-21103

Debtor.

**NOTICE OF MOTION TO SELL REAL PROPERTY NOT IN THE ORDINARY COURSE OF BUSINESS AND COMPENSATE ATTORNEY FOR TRUSTEE**

TO DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held before the Honorable, Paul R. Warren, United States Bankruptcy Judge on:

**Date/Time/Location of Hearing**
November 6, 2014 at 9:00 a.m.
U.S. Bankruptcy Court
100 State Street, 1st Floor
Rochester, NY 14614

to consider and act upon the following motion filed by Michael H. Arnold, Chapter 11 Trustee:

Motion seeking an order authorizing the sale of the estate's interest in certain real property located at 4954 Meads Creek Road, Town of Campbell, Steuben County, New York. The property consists of approximately 1.03 acres, with a mobile home. The mobile home is damaged throughout and presently uninhabitable. The estate has received a non-contingent cash offer of $15,000.00. There are no known liens against the property. Buyer will pay for any required survey and all recording costs. A complete copy of the purchase and sale contract together with photos of the property are annexed to the motion filed with the Court.

The trustee further seeks an order authorizing the payment of an attorney's fee to the attorney for the trustee, Place & Arnold, in the amount of $500.00. No realtor was involved in bringing about this sale.

**PURSUANT TO FRBP 9014 AND THE STANDING ORDERS IMPLEMENTING DEFAULT PROCEDURES IN ROCHESTER AND WATKINS GLEN; IF YOU INTEND TO OPPOSE THE MOTION, AT A MINIMUM, YOU MUST SERVE: (1) THE MOVANT AND MOVANT'S COUNSEL, AND (2) IF NOT THE MOVING PARTY (A) THE DEBTOR AND DEBTOR'S COUNSEL; (B) IN A CHAPTER 11 CASE, THE CREDITORS' COMMITTEE AND ITS ATTORNEY, OR IF THERE IS NO COMMITTEE, THE 20 LARGEST CREDITORS; AND (C) ANY TRUSTEE. IN ADDITION, YOU MUST FILE WITH THE CLERK OF THE BANKRUPTCY COURT WRITTEN OPPOSITION TO THE MOTION NOT LATER THAN THREE (3) BUSINESS DAYS PRIOR TO THE RETURN DATE OF THE MOTION NOTWITHSTANDING THE DECEMBER 1, 2009 AMENDMENTS TO FRBP 9006(a). IN THE EVENT THAT NO WRITTEN OPPOSITION IS SERVED AND FILED, NO HEARING ON THE MOTION WILL BE HELD ON THE RETURN DATE AND THE COURT WILL CONSIDER THE MOTION AS UNOPPOSED.**

OVER

Notice is further given that the papers upon which this motion is made are filed with the Office of the Clerk of the Court and may be viewed during regular business hours.

Appearance by the movant and opposing party(ies) is required if opposition is filed. Strict adherence to the Adjournment Policy promulgated in the Rochester Division will be observed.

Other business will be transacted as may properly come before said hearing. The hearing may be adjourned from time to time by announcement made in open court without further written notice.

Dated: October 10, 2014            Lisa Bertino Beaser, Esq.
                                         Clerk, U.S. Bankruptcy Court