**UNITED STATES BANKRUPTCY COURT**
**Western District of New York**
1220 U.S. Courthouse, 100 State Street
Rochester, New York 14614

In Re:
Cornerstone Homes, Inc.,                                  Chapter 11
                                                          Case No. 13-21103
                        Debtor.

**NOTICE OF MOTION TO SELL REAL PROPERTY NOT IN THE ORDINARY COURSE OF BUSINESS AND COMPENSATE ATTORNEY FOR TRUSTEE**

TO DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Paul R. Warren, United States Bankruptcy Judge on:

**Date/Time/Location of Hearing**
November 1, 2018 at 9:00 a.m.
U.S. Bankruptcy Court
100 State Street, 1st Floor
Rochester, NY 14614

to consider and act upon the following motion filed by Michael H. Arnold, Chapter 11 Trustee:

Motion seeking an order authorizing the sale of the estate's interest in certain real property located at 7401 Bean Station Road, Town of Wheeler (Prattsburgh), Steuben County, New York.  The property consists of a single-family residence (an old mobile home) in poor condition, on approximately 7 acres of land.  The property is presently uninhabitable.  It has been vacant for over a year and the wiring has been destroyed. The land contains tons of garbage and debris.
The estate has received a cash offer of $18,000.00 for the property in "as is" condition.  There are no mortgagers or other liens against the property.  A complete copy of the purchase and sale contract is annexed to the motion filed with the Court.

The trustee further seeks an order authorizing the payment of an attorney's fee to the attorney for the trustee, in the amount of $500.00.   No realtor was involved in bringing about this sale.

Notice is further given that the papers upon which this motion is made are filed with the Office of the Clerk of the Court and may be viewed during regular business hours.

Appearance by the movant and opposing party(ies) is required if opposition is filed.   Strict adherence to the Adjournment Policy promulgated in the Rochester Division will be observed.

Other business will be transacted as may properly come before said hearing. The hearing may be adjourned from time to time by announcement made in open court without further written notice.

Dated: September 28, 2018                                               Lisa Bertino Beaser, Esq.
                                                                        Clerk, U.S. Bankruptcy Court